```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELISSA CATHERINE WILLIAMS,      :    CIVIL ACTION
                                 :    NO. 16-991
         Plaintiff,              :
                                 :
    v.                           :
                                 :
WEXFORD HEALTH SOURCES, INC.,    :
    et al.,                      :
                                 :
         Defendants.             :
```

**O R D E R**

**AND NOW**, this **9th** day of **August, 2016**, for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

(1) Defendants' Motions to Dismiss (ECF Nos. 19, 20, 29) are **GRANTED**. The case is **DISMISSED**, and the clerk shall mark the case **CLOSED**.

(2) Defendant Fisher's first Motion to Dismiss (ECF No. 14) is **DENIED** as moot.

(2) Defendants' Motions for Leave to File Reply (ECF Nos. 27, 31) are **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**